**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Andrei Armas, Esq. (SBN: 299703)
andrei@kazlg.com
245 Fisher Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff, Guy Hirsh*

David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Tamar Gabriel (SBN 266880)
Gabrielt@cmtlaw.com
Shawn S. Eldridge (SBN 276581)
Eldridges@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
*Attorneys for Defendant,
USCB, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY HIRSCH,<br><br>                    Plaintiff,<br><br>vs.<br><br>USCB, INC., a California corporation d/b/a USCB America,<br><br>                    Defendant. | Case No. 4:16-cv-00277-VC<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

**KAZEROUNI LAW GROUP, APC**

Dated: March 31, 2016        /s/Andrei Armas
                             Abbas Kazerounian
                             Andrei Armas
                             *Attorneys for Plaintiff,*
                             *GUY HIRSH*

**CARLSON & MESSER LLP**

Dated: March 31, 2016        s/ David J. Kaminski
                             David J. Kaminski
                             Tamar Gabriel
                             Shawn S. Eldridge
                             *Attorneys for Defendant,*
                             *USCB, INC.*

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Shawn S. Eldridge, am the ECF user whose identification and password are being used to file the Notice of Settlement, Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice of Settlement provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated: March 31, 2016						s/ Shawn S. Eldridge
							Shawn S. Eldridge
							Attorney for Defendant,
							*USCB, INC.*